IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES STEPHEN PAVLICHKO ,** Petitioner, | : : : | |
| v. | : : | CIVIL ACTION NO.  01-CV-5911 |
| **[RESPONDENT]**, *et al.,* Respondents. | : : : | |

# ORDER

**AND NOW**, this 13th day of November, 2020, in consideration of Petitioner James Stephen Pavlichko's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 36), it is **ORDERED** that:

1. The Motion is **DISMISSED FOR LACK OF JURISDICTION;**

2. The Motion to Grant Relief Requested and/or Issue Sanctions (ECF No. 41) is **DENIED AS MOOT.**

3. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c).

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**